UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JON SCHIFF,

    Plaintiff,

v.                                            Case No: 8:11-cv-2430-T-30TBM

BLACKSTONE MEDICAL, INC., et al.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Relator's Request for Voluntary Dismissal Without Prejudice (Dkt. #4). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of August, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2430 dismiss 4.docx